ACCEPTED
01-15-00183-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 11:32:49 AM
CHRISTOPHER PRINE
CLERK

**IN THE COURT OF APPEALS FOR THE
FIRST COURT OF APPEALS DISTRICT
No. 01-15-00183-CR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 11:32:49 AM
CHRISTOPHER A. PRINE
Clerk

**ROY VASQUEZ**
Appellant,

V.

On Appeal From the 230th
District Court of Harris County
Trial Cause Number 1437421

**THE STATE OF TEXAS**
Appellee

## APPELLANT'S FINAL MOTION TO EXTEND TIME TO FILE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Roy Vasquez, Appellant in the above cause, would respectfully request that the Court grant his motion to extend the time to file his brief. In support of said motion, Appellant would show unto the Court the following:

### I.

This appeal lies from the Appellant's conviction in *The State of Texas v. Roy Vasquez,* cause number 1437421 in the 230th District Court of Harris County, Texas. The Appellant was charged by indictment with aggravated sexual assault on August 8, 2014. The Appellant was found guilty of the lesser-included offense of sexual assault on February 12, 2015, following a jury trial. The Appellant was sentenced to seventeen (17) years confinement in the Texas Department of Corrections – Institutional Division. Two previous extensions have been requested and granted. The Appellant's completed brief is being filed simultaneously with this motion.

II.

Appellant's attorney of record has not been able to timely file the brief for the following reasons:

1. A direct appeal brief in *Jeremy Washington v. State of Texas*, cause number 1862655, which was submitted on July 13, 2015;

2. A direct appeal brief in *Kenneth Brown v. State of Texas*, cause number 1389982, which is due on August 5, 2015;

3. A direct appeal brief in *Sylvia Collins v. State of Texas*, cause number 1390220, which is due on August 17, 2015;

4. Investigation for a potential Motion for New Trial in *Alton Jolivette v. State of Texas*, cause numbers 1428512, 1428510 & 1428708, which would be due on August 24, 2015.

III.

An extension of time is necessary so that the brief can be timely filed.  This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief to today, July 31, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

/s Mark Kratovil_____
Mark Kratovil
State Bar No. 24076098
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Tel:  (713)274-6728
e-Fax:  (713)437-4339

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2015, a copy of the foregoing instrument has been served upon the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office.

/s Mark Kratovil
MARK KRATOVIL